UNITED STATES DISTRICT COURT
For The
WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Lorianne Kirsch Hellman                    Docket No. 99-00034-001 (Erie)

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lorianne Kirsch Hellman, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Pittsburgh, Pennsylvania, on the 23rd day of May 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment.
- The defendant shall pay restitution to CUNA Mutual Group in the amount of $108,783.61, to be paid at a rate of 10 percent of her gross monthly income.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer.
- The defendant shall provide access to requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

05-23-00:   Embezzlement of Credit Union Funds; 18 months' imprisonment, followed by 5 years' supervised release.
06-29-01:   Supervision commenced; Currently supervised by U.S. Probation Officer Romona Clark.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has paid a total of $12,250.67 toward restitution. The current balance is $96,532.94. The defendant understands that payments must continue until the balance is paid in full. The maximum case expiration date was on June 28, 2006; it appears appropriate to permit the case to close with an outstanding balance.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 99-00034-001 be allowed to expire nunc pro tunc, effective June 28, 2006, with restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT                                         Executed on   June 29, 2006

Considered and ordered this _____ day of
_____, 2006, and ordered filed and made
a part of the records in the above case.

_____
Romona Clark
U.S. Probation Officer

_____
Maurice B. Cohill, Jr.
Senior U.S. District Judge

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania